**Carl H. Starrett II, Esq.    CSBN.   167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:    (619) 448-2129
Facsimile:     (619) 448-3036

Attorney for Debtor/Defendant PATRICIA ISIDRA ASERO

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PATRICIA ISIDRA ASERO,<br><br>　　Debtors.<br><br>FIA CARD SERVICES, NA, (F.K.A. MBNA AMERICA BANK, N.A.)<br><br>　　Plaintiffs,<br><br>v.<br><br>PATRICIA ISIDRA ASERO,<br><br>　　Defendant. | Case No. 08-12004-LA7<br><br>Adv. No. 09-90086-LA<br><br>**MOTION TO DISMISS ADVERSARY PROCEEDING FOR WANT OF PROSECUTION; DECLARATION OF CARL H. STARRETT II** |

　　Defendant PATRICIA ISIDRA ASERO hereby moves for dismissal of this proceeding pursuant to Local Rule 7041-2 and for the reasons stated as follows:

　　1.　　The Complaint was filed with the Clerk on February 24, 2009, and a Summons was also issued on February 24, 2009.

　　2.　　Defendant filed his Answer to the Complaint on March 29, 2009.  More than three months have elapsed since the last action was taken in this adversary proceeding.

　　3.　　Such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–2, which provides as follows:

///

---

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

1

1    "Actions or proceedings which have been pending in this court for more than three (3) months without any action having been taken during such period, may, after notice, be dismissed without prejudice unless otherwise ordered by the court."

WHEREFORE Defendant respectfully requests that the Complaint be dismissed without prejudice for want of prosecution.

Dated: June 30, 2009          By: /s/ Carl H. Starrett II
                                       Carl H. Starrett II, Esq., Attorney for PATRICIA ISIDRA ASERO

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

I, Carl H. Starrett II, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and the attorney of record for Defendant PATRICIA ISIDRA ASERO. Except for those matters stated based upon information and belief, the statements set forth in this declaration are based on my own personal knowledge. As to those matters stated as being based on information and belief, I am informed and believe those matters are true and would so testify under oath.

2. The Complaint was filed with the Clerk on February 24, 2009, and a Summons was also issued on February 24, 2009.

3. Defendant filed his Answer to the Complaint on March 29, 2009. More than three months have elapsed since the last action was taken in this adversary proceeding.

4. Plaintiff has not served any discovery or taken any other action to move this matter forward since Defendant filed the Answer.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 30, 2009 at El Cajon, California.

/s/ Carl H. Starrett II

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone: (619) 448-2129**
**Facsimile: (619) 448-3036**

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:  Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com; angelan@w-legal.com; heidyv@w-legal.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated:  June 30, 2009                                         /s/ Carl H. Starrett II