# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **ADV:** | 09-90086 | | |
| **FIA CARD SERVICES, N.A. VS PATRICIA ISIDRA ASERO** | | | |
| **Debtor:** | PATRICIA ISIDRA ASERO | | |
| **Case Number:** | 08-12004-LA7 | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 20, 2009 02:00 PM   DEPARTMENT 2 | | |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER | | |
| **Courtroom Clerk:** | KAREN FEARCE | | |
| **Reporter / ECR:** | TRISH CALLIHAN | | |

### *Matter:*

DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING FOR WANT OF PROSECUTION

### *Appearances:*

No Appearance Necessary, per Tentative Ruling

### *Disposition:*

Motion GRANTED.  Unopposed.  Plaintiff has taken no action to prosecute this adversary proceeding.  As this motion was unopposed, movant is excused from attending this hearing and may submit an order dismissing this case forthwith.