CSD 3000A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Carl H. Starrett II, Esq. CSBN. 167822
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

Order Entered on
August 21, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
PATRICIA ISIDRA ASERO
                                    Debtor.

BANKRUPTCY NO. 08-12004-LA7

FIA CARD SERVICES, NA, (F.K.A. MBNA AMERICA BANK, N.A.)
                                    Plaintiff(s)

ADVERSARY NO. 09-90086-LA

v.
PATRICIA ISIDRA ASERO
                                    Defendants(s)

Date of Hearing: August 19, 20089
Time of Hearing: 2:00 p.m.
Name of Judge: LOUISE DeCARL ADLER

## ORDER ON

MOTION TO DISMISS ADVERSARY PROCEEDING

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __6__

//

//

//

//

DATED: August 21, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Carl H. Starrett II
(Firm name)

By: /s/ Carl H. Starrett II
   Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04] **(Page 2)**
ORDER ON MOTION TO DISMISS ADVERSARY PROCEEDING
DEBTOR: PATRICIA ISIDRA ASERO
CASE NO.: 08-12004-LA7
ADV. NO.: 09-90086-LA

It appearing from the Court's records for the above-entitled adversary proceeding that Plaintiff has taken no action to prosecute this adversary proceeding and good cause appearing therefor, Defendant's unopposed Motion to Dismiss Adversary Proceeding for Want of Prosecution is GRANTED.

IT IS ORDERED that the above-entitled adversary proceeding is dismissed without prejudice.

CSD 3000A

*Signed by Judge Louise DeCarl Adler August 21,2009*