**Carl H. Starrett II, Esq.    CSBN.   167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:     (619) 448-2129
Facsimile:      (619) 448-3036

Attorney for Debtor/Defendant PATRICIA ISIDRA ASERO

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 08-12004-LA7 |
| PATRICIA ISIDRA ASERO, | Adv. No. 09-90086-LA |
| Debtors. | MOTION TO FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D) |
| FIA CARD SERVICES, NA, (F.K.A. MBNA AMERICA BANK, N.A.) | |
| Plaintiffs, | |
| v. | |
| PATRICIA ISIDRA ASERO, | |
| Defendant. | |

Defendant PATRICIA ISIDRA ASERO hereby moves for an award of attorney's fees pursuant to 11 USC § 523(d).

This motion is based upon this Motion, the attached Notice of Hearing, the attached Memorandum of Points and Authorities, the declarations of Carl H. Starrett II and Patricia I. Asero as well as the pleadings and papers on file herewith, and upon such other oral and documentary evidence as may be presented at the hearing of this matter.

///

///

///

Defendant requests that she be awarded her attorney's fees on the grounds that Plaintiff's action was brought without substantial justification pursuant to 11 USC § 523(d).

Dated: September 2, 2009         By: /s/ Carl H. Starrett II
                                    Carl H. Starrett II, Esq., Attorney for
                                    PATRICIA ISIDRA ASERO

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

MOTION TO FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)
2

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant PATRICIA ISIDRA ASERO ("Defendant") submits this Memorandum of Points and Authorities in support of her motion for attorney's fees against Plaintiff FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A ("Plaintiff").

### I. STATEMENT OF THE CASE

The action arises out of a claim that Defendant made certain credit card purchases and/or cash advances without the intention to pay for said purchases and/or cash advances. Plaintiff is a creditor in Defendant's Chapter 7 bankruptcy case. Plaintiff's Complaint ("Complaint") plead a single cause of action seeking to have Defendant's debt to Plaintiff declared nondischargeable under 11 U.S.C § 523(a)(2)(A).

The Court granted Defendant's Motion to Dismiss the Complaint on August 20, 2009.

As more fully discussed below, Plaintiff filed the Complaint without substantial justification and the Court should issue and order directing Plaintiff to pay her legal fees incurred in this matter.

### II. DEFENDANT IS ENTITLED TO ATTORNEY'S FEES UNDER 11 U.S.C. §523(d)

11 U.S.C. §523(d) provides: "If a creditor requests a determination of dischargeability of a consumer debt under subsection (a)(2) of this section, and such debt is discharged, the court shall grant judgment in favor of the debtor for the costs of, and a reasonable attorney's fee for, the proceeding if the court finds that the position of the creditor was not substantially justified, except that the court shall not award such costs and fees if special circumstances would make the award unjust."

It is clear that Plaintiff brought this action as part of a "fishing expedition" to coerce a settlement from Defendant. Plaintiff did not contact Defendant prior to filing the Adversary Complaint to conduct any type of investigation into the nature of the alleged charges nor her ability to pay. Plaintiff did not take advantage of the opportunity to question Defendant at her Meeting of Creditors and Plaintiff did not conduct an examination of Defendant under F.R.B.P. Rule 2004.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

After filing the Complaint, Plaintiff did not conduct any discovery and allowed the case to be dismissed. In short, Plaintiff had absolutely no evidence to support the allegations in the Complaint and conducted no investigation to discover any facts that could have supported the allegations. Plaintiff's quick abandonment of the Complaint demonstrates that Plaintiff was not substantially justified in filing this action.

The declaration of Carl H. Starrett II sets forth that the Defendant has incurred $795 in legal fees, which Defendant seeks as being reasonable attorney's fees. These fees are in the amount of $795 if Plaintiff does not oppose this motion and could reach $1320 if Defendant's counsel is required to file a reply brief and attend the hearing on the motion.

This amount is reasonable inasmuch as the services provided were necessary to fully and properly represent Defendant's interests in this matter. Moreover, Plaintiff had every opportunity to mitigate the potential damages by withdrawing and/or dismissing the adversary proceeding at any time before the filing of the answer was required. It failed to do so.

Accordingly, Defendant is entitled to an award of attorney's fees and costs in the amount of not less than $795 pursuant to 11 U.S.C. §523(d).

### III. **CONCLUSION**

For the within and foregoing reasons, this Court is authorized to enter judgment in favor of Defendant and award attorney's fees and costs in favor of Defendant an amount sufficient to compensate Defendant for her attorney's time spent on this matter.

Dated: September 2, 2009         By:/s/ Carl H. Starrett II
                                    Carl H. Starrett II, Esq., Attorney for PATRICIA ISIDRA ASERO

I, Patricia I. Asero, declare as follows:

1. I am the defendant in this matter and the debtor in the underlying bankruptcy case. Except for those matters stated based upon information and belief, the statements set forth in this declaration are based on my own personal knowledge. As to those matters stated as being based on information and belief, I am informed and believe those matters are true and would so testify under oath.

2. Neither Plaintiff nor any of its representatives attended the First Meeting of Creditors in my bankruptcy case. I am unaware of attempts by Plaintiff or Plaintiff's representatives to contact me to discuss the charges that were the subject of this Adversary Proceeding prior to the time it was filed.

3. Neither Plaintiff nor its representatives made any inquiry of me or my bankruptcy counsel as to any reason I would have incurred the charges referred to in the Adversary Complaint and leading to this Adversary Proceeding.

4. Neither Plaintiff nor its representatives have, at any time, spoken with me concerning the charges and cash advances on the account which are the subject of this Adversary Proceeding.

5. The Adversary Complaint was filed with the Clerk on February 24, 2009, and a Summons was also issued on February 24, 2009.

6. I filed my Answer to the Complaint on March 29, 2009. Plaintiff did not oppose my motion to dismiss and the Court granted my motion to dismiss on August 19, 2009. Plaintiff has not served any discovery or taken any other action to move this matter forward since I filed the Answer. In order to defend myself against the allegations contained in Adversary Complaint, I retained the services of attorney Carl H. Starrett II and have incurred legal fees to pay for his services.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 2, 2009 at San Diego, California.

                                        /s/ Patricia I. Asero

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

I, Carl H. Starrett II, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and the attorney of record for Defendant PATRICIA ISIDRA ASERO ("Defendant"). Except for those matters stated based upon information and belief, the statements set forth in this declaration are based on my own personal knowledge. As to those matters stated as being based on information and belief, I am informed and believe those matters are true and would so testify under oath.

2. The Complaint was filed with the Clerk on February 24, 2009, and a Summons was also issued on February 24, 2009.

3. Defendant filed her Answer to the Complaint on March 29, 2009. On June 30, 2009, I filed a motion to dismiss on behalf of Defendant because more than three months had passed without any activity on the Court's docket. Plaintiff also did not serve any discovery nor taken any other action to move this matter forward after I filed Defendant's Answer.

4. The Court granted Defendant's unopposed Motion to Dismiss on August 20, 2009. Plaintiff's counsel did not offer to dismiss the action and took no action in response to the Motion to Dismiss.

5. At the time Defendant retained me to represent her in this adversary proceeding, my hourly rate was $150. I spent 2 hours meeting with the Defendant and preparing an Answer to the Complaint. I spent 1.6 hours preparing the Motion to Dismiss and 1.7 hours drafting this motion for a total of 5.3 hours spent on that matter. Defendant's total fees presently stand at $795 (5.3 hours x $150 per hour).

6. If Plaintiff opposes this motion, I anticipate spending an additional 1.5 hours to review the opposition and prepare a reply brief. My office is located in El Cajon, so I also anticipate spending 2 hours to attend the hearing on the motion and conduct oral argument. If Plaintiff opposes this motion, Defendant would incur an additional $525 in legal fees (3.5 hours x $150 per hour).

///

///

**MOTION TO FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 2, 2009 at El Cajon, California.

/s/ Carl H. Starrett II

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

**MOTION TO FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)**
7

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com; angelan@w-legal.com; heidyv@w-legal.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated:  September 2, 2009                                                           /s/ Carl H. Starrett II

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone:  (619) 448-2129**
**Facsimile:  (619) 448-3036**

**MOTION TO FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)**
8