**Carl H. Starrett II, Esq.    CSBN.  167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:    (619) 448-2129
Facsimile:    (619) 448-3036

Attorney for Debtor/Defendant PATRICIA ISIDRA ASERO

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 08-12004-LA7 |
| PATRICIA ISIDRA ASERO, | Adv. No. 09-90086-LA |
| Debtors. | **NOTICE OF WITHDRAWAL OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)** |
| FIA CARD SERVICES, NA, (F.K.A. MBNA AMERICA BANK, N.A.) | |
| Plaintiffs, | |
| v. | |
| PATRICIA ISIDRA ASERO, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant PATRICIA ISIDRA ASERO hereby withdraws her Motion for Prevailing Party Attorney's Fees Pursuant to 11 USC § 523(d).

Dated: September 9, 2009           By:/s/ Carl H. Starrett II
                                      Carl H. Starrett II, Esq., Attorney for
                                      PATRICIA ISIDRA ASERO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com; angelan@w-legal.com; heidyv@w-legal.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated:  September 9, 2009                                    /s/ Carl H. Starrett II

**Carl H. Starrett II, Esq.**
1941-C Friendship Drive
El Cajon, California 92020
Telephone:  (619) 448-2129
Facsimile:  (619) 448-3036

---

**NOTICE OF WITHDRAWAL OF MOTION FOR PREVAILING PARTY ATTORNEY'S FEES PURSUANT TO 11 USC § 523(D)**

2